**UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

RE: CANDACE A PRICE　　　　　　　　　　　　） Case No. 19 B 00037
　　　　　　　　　　　　　　　　　　　　　　　）
　　　　　　　　　　　　　Debtor　　　　　　　）Chapter 13
　　　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　　) Judge: JACK B SCHMETTERER

**NOTICE OF MOTION**

CANDACE A PRICE　　　　　　　　　　　　　　DAVID M SIEGEL
　　　　　　　　　　　　　　　　　　　　　　　　via Clerk's ECF noticing procedures
9241 S PULASKI RD #5
EVERGREEN PARK, IL 60805

Please take notice that on March 27, 2019 at 11:00 am my designee or I will appear before the Honorable Judge JACK B SCHMETTERER at 219 South Dearborn Courtroom 682, Chicago, IL and present the motion set forth below.

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E Monroe St., Chicago, Il 60603 or by the methods indicated on March 01, 2019.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Tom Vaughn

**TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO MAKE PLAN PAYMENTS**

Now comes Tom Vaughn, Trustee in the above entitled case and moves the Court to dismiss this case in support thereof states:

1. On January 02, 2019 the debtor filed a petition under Chapter 13 of Title 11 U.S.C.

2. Pursuant to 11 U.S.C. § 1326 (a), "Unless the court orders otherwise, the debtor shall commence making payments not later than 30 days after the date of filing of the plan or the order for relief, whichever is earlier..."

3. That the debtor has failed to make timely payments to the Chapter 13 Trustee.

| Monthly payment | $200.00 | Arrears | $390.00 | Last date paid | 02/13/2019 |

WHEREFORE, the Trustee prays that this case be dismissed pursuant to § 1307 (c) (4) for failure by the debtor to commence making timely payments pursuant to § 1326 (a) (1).

TOM VAUGHN　　　　　　　　　　　　　　　　　Respectfully submitted,
CHAPTER 13 TRUSTEE
55 E. Monroe Street, Suite 3850　　　　　　　　　　/s/ Tom Vaughn
Chicago, IL 60603
(312) 294-5900